**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lester Javier GUADAMUZ–SOLIS,**
**a.k.a. Lester Javier Guadamuz–**
**Solio, Defendant–Appellant.**

**No. 00–11508.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 14, 2000.

Henry P Bell, Asst. Fed. Pub. Def., Kathleen M. Williams, Fed. Pub. Def., Miami, FL, for Defendant–Appellant.

Harriet Galvin, Asst. U.S. Atty., Anne R. Schultz, Dawn Bowen, Miami, FL, for Plaintiff–Appellee.

Before BARKETT and WILSON, Circuit Judges, and GEORGE, District Judge.*

PER CURIAM:

Lester Javier Guadamuz–Solis ("Solis") appeals his sentence of 96 months' imprisonment and 3 years' supervised release for a conviction for illegal reentry under 8 U.S.C. § 1326(a), (b)(2). He argues that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) has called into question the decision in *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which controls this case. *Almenda-*

* Honorable Lloyd D. George, U.S. District Judge for the District of Nevada, sitting by

*rez–Torres* remains the law until the Supreme Court determines that *Almendarez–Torres* is not controlling precedent. Accordingly, we

AFFIRM.